LAW OFFICES
**WILLIAM B. CUMMINGS, P.C.**
111 S. FAIRFAX STREET, 2ND FLOOR
ALEXANDRIA, VIRGINIA 22314

WILLIAM B. CUMMINGS

DAVID T. WILLIAMS

MAILING ADDRESS:
POST OFFICE BOX 1177
ALEXANDRIA, VIRGINIA 22313

TELEPHONE:
(703) 836-7997
FACSIMILE:
(703) 836-0238

March 29, 2012

The Honorable James C. Cacheris
401 Courthouse Square
Alexandria, VA 22314

    RE:   *United States of America v. Edward Macauley*
            Case No. 1:11cr199-001

Dear Judge Cacheris:

    I[1] will begin by extending my deepest apologies to this Court, the people of America and my entire family. I have fully accepted my responsibilities and actions in trying to export drugs to America, knowing well the harm and damage it would have caused to the people of America.

    Ever since I have been in incarceration I have been forced to face my own mortality. I have been blessed with time to try to set things right and to make my peace with God. I have been given time to ask and seek forgiveness from the people of America. As to why I committed this crime, I have been searching my soul ever since I have been incarcerated and can't come up with any tangible reason other than being carried away with greed and being stupid. As to why I did not advise myself and walk away the first time, only God knows. Sometimes I feel shy of coming out of my cell, being the elderly person in my unit. I should have known better at my present age of 63.

    I have learned my lessons well, and don't think I have many more years left to live, and if I am given the chance to reunite with society and my family I have left behind, I will be a guiding force for all those who are on their way to the prisons.

    I have truly repented and have asked for God's forgiveness and I am pleading down on my knees, for your Honor to temper justice with leniency when passing sentence. I have a wife,

---

[1] Counsel for Mr. Macauley has had this letter typed from a hand-written original prepared entirely by Mr. Macauley. Counsel has corrected spelling and grammar errors, but has not altered the content of the letter.

The Honorable James C. Cacheris
March 29, 2012
Page 2

six children and four grandchildren whom I left behind. They are suffering for my stupidity in committing such a seri8ous crime.

    I would like to thank your Honor in advance for considering my plea when sentencing me.

                              Very truly yours,

                              Edward Macauley

EM/dtw